0127179422 BE

bcu

EXHIBIT-A

LT SCANNED
JAN 2 3 2026
U.S. DISTRICT COURT MPLS

RECEIVED
JAN 2 2 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

07/21/2025

NDRI M DIBY
15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 12:00 AM ET
Collections Dept: Monday - Friday, 8:00 AM to 9:00 PM ET

**Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628**

RE: Loan Number: 0127179422
Property Address: 15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

Dear Valued Member:

Thank you for submitting a Loss Mitigation Application Package. Your application is complete as of 07/19/2025 and no further information is needed at this time. Now that your application is complete, you are entitled to certain foreclosure protections. You may also be eligible for additional protections under State or Federal law.

We will not initiate a foreclosure action until your complete mortgage assistance package has been evaluated or until your deadline to respond to any loss mitigation offer extended to you has expired. If foreclosure proceedings have already been initiated, those proceedings may continue under certain circumstances while we evaluate your application. We will not, however, conduct a foreclosure sale until we evaluate the complete assistance package or the deadline to respond to any loss mitigation offer extended to you has expired. If we extend an offer for a loss mitigation option, there may be instances where a court with jurisdiction over the foreclosure proceedings or a public official charged with carrying out the sale may not be able to halt the scheduled sale.

Your application will be reviewed by BCU within thirty (30) days of 07/19/2025. If additional information is necessary to evaluate your Loss Mitigation Application, we will send a letter advising you of the documentation needed to complete the evaluation. You will have thirty (30) days to submit the requested documentation, which could lead to the evaluation process taking longer than expected. Please be aware that foreclosure protections could expire if we do not receive the requested information in a timely manner.

Once a thorough underwriting evaluation of your application has been completed, we will contact you with our decision.

In the event we are able to offer you a loss mitigation option, we will send you a written offer letter detailing the terms of the mortgage assistance program you qualify for. You will have 14 calendar days from the date of the written offer letter to accept the terms. If you fail to advise us that you accept the offer within the 14 day timeframe, we will consider the offer to be rejected. If your request for a loss mitigation option is denied, we will send you a denial letter listing each mortgage assistance program for which you were reviewed and the reasons why it was determined you did not qualify for each. These letters will also explain any rights you may have to appeal the decision made.

Because the foreclosure process has already begun, we cannot conduct a foreclosure sale before evaluating your complete application.

If your account is in an existing loss mitigation option, the terms of that option will remain in effect until you qualify for and accept a new offer, cancel that option, or fail to perform under the terms of the existing option. If you have any questions, please contact us at 888-789-1512.

Loss mitigation options may have costs associated with them that you may be responsible for after completion of loss mitigation. Examples of these costs include title searches, appraisals and valuations. The costs may vary depending on the loan information, geographic area, etc. Please contact us for information on costs that may be associated with your loss mitigation evaluation.

If you have another mortgage secured by this property, you should consider contacting that servicer to discuss any loss mitigation options available.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, as well as translation or other language assistance, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

We appreciate the opportunity to service your loan.

Thank you.

Required Legal Notice(s)

This communication is from a debt collector. Any information obtained can be used for the purpose of collecting a debt. However, if you are in an active bankruptcy case or your debt has been discharged in bankruptcy, this notice is for informational purposes only and is not a demand for payment or an attempt to collect a debt for which your personal liability has been discharged in bankruptcy.

Please be advised that if the property securing your loan is in a Special Flood Hazard Area (SFHA) and you are approved for a loan modification, you will be required to escrow the minimum amount of coverage required by the Flood Disaster Protection Act of 1973, as amended (42 U.S.C. 4012a). If you are approved for a loan modification, you will be required to acknowledge receipt of the Federal and any State required Flood Insurance Coverage notices. If you currently have flood insurance, there may be an increase in your flood insurance premium. Before completing a modification, you will be required to provide proof of a flood insurance policy covering the minimum amount required by law.

LM056 004 BE V11

EXHIBIT-B

0127179422 BE

bcu

06/12/2025

NDRI M DIBY
15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 12:00 AM ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

**Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628**

RE: Loan Number: 0127179422
Property Address: 15711 FAIR HILL WAY
APPLE VALLEY MN 55124

Dear Valued Member:

We are contacting you to confirm that we have received your request to be considered for mortgage assistance program(s) that may be available. At this time your assistance application is incomplete. In order for us to be able to determine if you qualify for a mortgage assistance program, we must receive the required documentation by 07/19/2025. Below, please find a list of documents that need to be submitted to finish your assistance application:

**Missing Documents/Documents Still Required:**

**General:**

- Please return your completed application for loss mitigation assistance signed and dated by all parties.

**NDRI DIBY:**

- Please return a copy of the most recent pay stub and documentation of year-to-date earnings if not on the pay stub or the two most recent bank statements showing the income deposit amounts.

If you have submitted documents previously as part of your assistance application, they will be listed below. Next to each document listed you will find an expiration date. If this date has expired or will expire soon, please remember to submit an updated version of that document along with the missing items listed above. If you do not provide an update for the expired documentation at the same time you send in the missing information requested above, it will further impact our ability to process your application. If there are no documents listed below, that would indicate that you have not sent in any documents previously or the documents you sent in are older than 90 days.

**Documents Already Received with Expiration Dates:**

LM305 001 BE V8

EXHIBIT-A

LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
866-375-6249

To: Ndri M. Diby
15711 Fair Hill Way
Apple Valley, MN 55124

**LOGS Legal Group LLP is a law firm which may be deemed a debt collector.**
Baxter Credit Union referred your loan for foreclosure proceedings. We will use any information you give us to enforce its rights under its mortgage/deed of trust which may include collection of a debt.

## Our information shows:

You have a mortgage loan secured by property located at 15711 Fair Hill Way, Apple Valley, MN 55124 - loan number 0127179422.

Attached is a Periodic Statement dated June 17, 2025 from BCU

***Total amount of the debt as of Jul 23, 2025: $372,451.09**

## How can you dispute the debt?

- **Call or write to us by September 2, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by September 2, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **September 2, 2025**, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- You may request this letter and each communication from us in an alternative, reasonably accommodatable format such as large print. Our phone number that you may call to make such a request is 1-877-430-4792.

**Notice: See reverse side for important information.**

---

**Mail this form to:**

LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

Ndri M. Diby
15711 Fair Hill Way
Apple Valley, MN 55124

## How do you want to respond?

*Check all that apply:*

- o **I want to dispute the debt because I think:**
  - o This is not my debt.
  - o The amount is wrong.
  - o Other (please describe on reverse or attach additional information).
- o **I want you to send me the name and address of the original creditor.**
- o **I enclosed this amount: *$**

Make your check payable to *BCU*. Include the reference: 25-119156.

- We are not authorized to accept partial payments and any amount less than the amount stated will be returned. Further, because of interest and other charges that may vary from day to day, the amount due may be greater than the amount stated. Hence, even if you pay the amount shown above, an adjustment may be necessary after we receive your check. For further information, call the above number.
- If your personal liability for this debt has been modified or discharged in bankruptcy or otherwise, this Notice is provided to you for informational purposes only.

EXHIBIT-D

# Baxter Credit Union (BCU) Loss mitigation portal at loansolutioncenter.com

## Account Activity

**All Account Activity**

Page Prev 1 2 3 4 ... 10 Next

| Activity Type | Description | Performed On | Performed By |
|---|---|---|---|
| Missing Items | The request for assistance contains missing items. | 7/16/2025 2:34:09 PM ET | Loss Mitigation |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/16/2025 2:24:09 PM ET | Loss Mitigation |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/16/2025 2:24:07 PM ET | Loss Mitigation |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/16/2025 2:24:04 PM ET | Loss Mitigation |
| RFA file submission | Files are submitted for RFA | 7/15/2025 3:51:39 PM ET | NDRI DIBY |
| Assistance Files Submitted | Documents have been submitted for your request for assistance. | 7/15/2025 3:49:13 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/15/2025 3:47:36 PM ET | NDRI DIBY |
| Assistance Files Submitted | Documents have been submitted for your request for assistance. | 7/15/2025 3:20:43 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/15/2025 3:19:12 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 7/15/2025 3:10:12 PM ET | NDRI DIBY |
| RFA file submission | Files are submitted for RFA | 7/15/2025 3:05:56 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 7/15/2025 3:01:13 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/15/2025 3:00:18 PM ET | NDRI DIBY |
| Account Information Changed | Your account information was changed. | 7/15/2025 2:58:13 PM ET | NDRI DIBY |
| Password Reset Link Emailed by User | A password reset link has been sent to your verified email address per user request | 7/15/2025 2:54:08 PM ET | NDRI DIBY |

## Account Activity

**All Account Activity**

Page Prev 1 2 3 4 ... 10 Next

| Activity Type | Description | Performed On | Performed By |
|---|---|---|---|
| New Document Received | A new document has been received. | 7/21/2025 2:22:05 PM ET | Loss Mitigation |
| Complete Package | A request for assistance has now become complete. | 7/21/2025 2:20:16 PM ET | Loss Mitigation |
| Missing Items | The request for assistance contains missing items. | 7/21/2025 12:51:17 PM ET | Loss Mitigation |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/21/2025 12:44:07 PM ET | NDRI DIBY |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/21/2025 12:41:18 PM ET | Loss Mitigation |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/21/2025 12:41:15 PM ET | Loss Mitigation |
| RFA file submission | Files are submitted for RFA | 7/19/2025 3:28:05 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/19/2025 3:04:02 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/19/2025 11:24:47 AM ET | NDRI DIBY |
| RFA file submission | Files are submitted for RFA | 7/18/2025 10:14:19 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/18/2025 10:03:09 PM ET | NDRI DIBY |
| Missing Items | The request for assistance contains missing items. | 7/18/2025 2:54:15 PM ET | Loss Mitigation |
| Check-in Trailing | A request for assistance was updated; a trailing document has been received. | 7/18/2025 2:50:04 PM ET | Loss Mitigation |
| RFA file submission | Files are submitted for RFA | 7/17/2025 11:39:38 AM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/17/2025 11:36:28 AM ET | NDRI DIBY |

## Account Activity

**All Account Activity**

Page 1 2 3 4 ... 10 Next

| Activity Type | Description | Performed On | Performed By |
|---|---|---|---|
| Data Refreshed | Account data was refreshed from the system of record. | 8/12/2025 2:13:33 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 8/12/2025 2:12:52 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 8/12/2025 2:09:46 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 8/8/2025 7:58:29 AM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 8/8/2025 7:57:30 AM ET | NDRI DIBY |
| Closed Package | A request for assistance has now been closed. | 8/8/2025 7:35:06 AM ET | Loss Mitigation |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 8/3/2025 4:50:56 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 7/30/2025 2:24:56 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/30/2025 2:23:32 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/30/2025 2:21:08 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/30/2025 2:20:26 PM ET | NDRI DIBY |
| Data Refreshed | Account data was refreshed from the system of record. | 7/26/2025 10:40:54 AM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/26/2025 10:40:16 AM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/22/2025 2:48:11 PM ET | NDRI DIBY |
| Two-Factor Authentication Request Sent | The two-factor authentication request was sent. | 7/21/2025 2:25:41 PM ET | NDRI DIBY |

## Loss mitigation documents uploaded time stamp

loansolutioncenter.com/default/en-US/Content/DocumentCenter

| Filename | Category | Uploaded On | Action |
|---|---|---|---|
| Facially Complete Package<br>Description: Facially Complete Package | Received | 7/21/2025 2:22:05 PM ET | View |
| 20250715_142813.jpg<br>Description: Uniform Borrowers Assistance Form | Uploaded | 7/15/2025 3:49:13 PM ET | View |
| 20250715_142759.jpg<br>Description: Uniform Borrowers Assistance Form | Uploaded | 7/15/2025 3:49:13 PM ET | View |
| 20250715_142844.jpg<br>Description: Uniform Borrowers Assistance Form | Uploaded | 7/15/2025 3:49:13 PM ET | View |
| 20250715_142834.jpg<br>Description: Uniform Borrowers Assistance Form | Uploaded | 7/15/2025 3:49:13 PM ET | View |
| CD 7.15.25 x1.pdf<br>Description: Pay stub 2 | Uploaded | 7/15/2025 3:20:43 PM ET | View |
| 2025-06-11 Statement - USB Checking 9981.pdf<br>Description: Bank Statement 1 | Uploaded | 7/15/2025 3:20:43 PM ET | View |
| 2025-07-11 Statement - USB Checking 9981.pdf<br>Description: Bank Statement 2 | Uploaded | 7/15/2025 3:20:43 PM ET | View |
| CD 7.15.25 X2.pdf<br>Description: Pay stub 1 | Uploaded | 7/15/2025 3:20:43 PM ET | View |

 0127179422 BE

bcu

EXHIBIT-E

August 08, 2025

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 12:00 AM ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

NDRI M DIBY
15711 FAIR HILL WAY
APPLE VALLEY MN 55124

**Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628**

RE: Loan Number: 0127179422
Property Address: 15711 Fair Hill Way
Apple Valley MN 55124

Dear Valued Member:

We have completed our review of your request for a loan modification or other foreclosure alternative. At this time, you are not eligible due to the reasons listed on the attached Mortgage Assistance Program Evaluation Summary.

**QUESTIONS? CONTACT US**
BCU
**Phone:** 888-789-1512
**Email Address:** DCCLM@loanadministration.com
**Website:** https://BCU.org

Although we are unable to offer you mortgage assistance at this time, there are options available to you for housing counseling. We encourage you to review the **Additional Resources** for more details.

**Additional Resources**

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For example, you may be eligible for assistance from the Homeowner Assistance Fund. Please visit https://www.loansolutioncenter.com or go to www.ncsha.org/homeowner-assistance-fund and clicking on your state for information and to apply for assistance.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**Right to Appeal**

You have the right to appeal our decision related to the retention program(s) listed in the attachment. If you would like to appeal, you must contact us in writing at the address provided below, no later than 8/29/2025, and state that you are requesting an appeal of our decision. You must include in the appeal your name, property address and mortgage loan number. You may also specify the reasons for your appeal, and provide any supporting documentation. Your right to appeal expires 8/29/2025. Any appeal requests or documentation received after 8/29/2025 may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final and is not subject to further appeal.

Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal, and will be added to the balance of your loan if permitted by applicable law.

Appeal documents may be sent by mail to:

Loss Mitigation Department
PO Box 77408
Ewing, NJ 08628-6408

or via fax to:

Loss Mitigation Department
(609) 718-2655

Additionally, appeal documents can be uploaded via our online portal (please see instructions provided further down).

If you elect to appeal, you do not have to accept this modification offer until resolution of the appeal. If we determine on appeal that you are eligible for a different retention program, we will send you an offer for that program. In that case, you will have 21 calendar days from the date of the appeal decision to indicate your intent to accept either the current modification offer (which may be revised to reflect new modification offer payment due dates and payment amounts if you have not already accepted it) or the new offer.

For 24/7 access to information regarding your assistance request, we encourage you to use our online portal. To get started, go to https://www.loansolutioncenter.com and click the "Register here" link.

Once you have created an account, you can log in anytime from any web-enabled device, to confirm receipt of your package, check the status of the review, and be informed quickly of any additional information needed to complete your package. You can also elect to receive helpful text alerts to keep you informed of the status of your request.

LM005 032 EVB BE

Loan Number: 0127179422

Mortgage Assistance Program Evaluation Summary

Property Address: 15711 Fair Hill Way
Apple Valley MN 55124

The Owner and Assignee of your loan is: FHLB OF CHICAGO MPF

| | |
|---|---|
| Program: | REPAYMENT PLAN |
| Reason for Determination: | After reviewing your financial information it was determined that your income is insufficient to qualify for any foreclosure alternative programs at this time. |
| Determination: | Non-Approved |

| | |
|---|---|
| Program: | FORBEARANCE PLAN |
| Reason for Determination : | Your hardship reason does not meet program guidelines. |
| Determination: | Non-Approved |

| | |
|---|---|
| Program: | Loan Modification |
| Reason for Determination: | You have defaulted on a previous modification within the last 12 months. |
| Determination: | Non-Approved |

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

The federal agency that administers compliance with this law concerning this creditor is:

National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

LM005 032 EVB BE

EXHIBIT-F

0127179422 BE

bcu

08/27/2025

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 12:00 AM ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

NDRI M DIBY
15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

**Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628**

RE: Loan Number: 0127179422
Property Address: 15711 FAIR HILL WAY
APPLE VALLEY MN 55124

Dear Valued Member:

We are contacting you to confirm that we have received your request to be considered for mortgage assistance program(s) that may be available. At this time your assistance application is incomplete. In order for us to be able to determine if you qualify for a mortgage assistance program, we must receive the required documentation by 10/03/2025. Below, please find a list of documents that need to be submitted to finish your assistance application:

**Missing Documents/Documents Still Required:**

**NDRI DIBY:**

- Please return a copy of the most recent pay stub and documentation of year-to-date earnings if not on the pay stub or the two most recent bank statements showing the income deposit amounts.(Please return a copy of the most recent pay stub and documentation of year-to-date earnings if not on the pay stub or the two most recent bank statements showing the income deposit amounts. )

**CARLEE DIBY:**

- Please return a signed and dated letter from the household contributor stating the amount contributed and the frequency.
- Please provide proof of occupancy from contributor such as a copy of the contributor's valid state ID OR two most recent bank statements OR copy of utility bill.

If you have submitted documents previously as part of your assistance application, they will be listed below. Next to each document listed you will find an expiration date. If this date has expired or will expire soon, please remember to submit an updated version of that document along with the missing items listed above. If you do not provide an update for the expired documentation at the same time you send in the missing information requested above, it will further impact our ability to process your application. If there are no documents listed below, that would indicate that you have not sent in any documents previously or the documents you sent in are older than 90 days.

LM305 001 BE V8

**Documents Already Received with Expiration Dates:**

**NDRI DIBY:**

Document (expiration date if applicable)

- Bank Statements (10/29/2025)
- Pay Stubs (10/29/2025)

## What steps do I need to take next?

Please carefully review the two lists above and send us the required information to complete your assistance application as soon as possible.
Depending upon the documents you submitted as part of your assistance application, and the guidelines of the investor, the loss mitigation options available to you may include:

- **Repayment Plan** - an agreement that allows you to repay delinquent payments over an agreed number of installments or time frame.
- **Forbearance** - an agreement that could temporarily reduce or suspend mortgage payments and create a plan to make up missed payments over a period of time.
- **Loan modification** - an agreement to restructure the original terms of your loan to assist with the delinquency in order to bring your account current.
- **Pre-foreclosure Sale ("Short Sale")** - an agreement to allow you to sell your home for less than the balance remaining on your mortgage. With a pre-foreclosure sale, you can sell your home and pay off all (or a portion of) your mortgage balance with the proceeds.
- **Deed-in-Lieu** - an agreement to allow you to transfer the ownership of your property to the owner of your mortgage (i.e., the lender)
- **Partial Claim / Deferral** – an agreement that can defer, or move, missed payments & applicable fees/costs to the end of the loan term utilizing an interest free loan.

**Once you have submitted a complete application, we will evaluate your application and provide you with a written offer of approval or a written denial of your request within thirty (30) days.** In addition, once your application is completed, we will not initiate or proceed with any foreclosure actions until your complete mortgage assistance package has been evaluated or until your deadline to respond to any loss mitigation offer extended to you has expired. If foreclosure proceedings have already been initiated at the time your application is completed, those proceedings may continue under certain circumstances during the evaluation of your application. We will not, however, conduct a foreclosure sale until we evaluate the complete assistance package or the deadline to respond to any loss mitigation offer extended to you has expired. If we extend an offer for a loss mitigation option, there may be instances where a court with jurisdiction over the foreclosure proceedings or a public official charged with carrying out the sale may not be able to halt the scheduled sale.

**In the event we are able to offer you a loss mitigation option, we will send you a written offer letter detailing the terms of the mortgage assistance program you qualify for. You will have at least 14 calendar days from the date of the written offer letter to accept the terms. If you fail to advise us that you accept the offer within the minimum 14 day timeframe, we will consider the offer to be rejected.** If your request for a loss mitigation option is denied, we will send you a denial letter listing each mortgage assistance program for which you were reviewed and the reasons why it was determined you did not qualify for each. These letters will also explain any rights you may have to appeal the decision made.

## Who can I contact if I have questions or concerns?

We may reach out to you for additional information. If we do, we ask that you promptly return all calls to us so that we are able to process your request within the timeframe set forth in this letter.

We are ready to assist you. Please send the missing or expired documentation to complete your package as soon as possible. This may be done by uploading the documents to: https://www.loansolutioncenter.com (see portal information below), mailing them to Loss Mitigation Department PO Box 77408, Ewing NJ 08628-6408, faxing them to Loss Mitigation at (609) 718-2655 or emailing them to DCCLM@loanadministration.com. **Please note: If you are sending more than one page of documents, please print your name and loan number at the top of each page.** Should you have questions please call us at 888-789-1512.

For 24/7 access to information regarding your assistance request, we encourage you to use our online portal. To get started, go to https://www.loansolutioncenter.com and click the "Register here" link

Once you have created an account, you can log into your account anytime, from any web-enabled device to confirm receipt of your package, check the status of your package review and be quickly informed of any additional information that is needed to complete your package. You can also elect to receive helpful text alerts to keep you informed of the status of your request.

You can easily upload documents that are needed as part of your assistance request directly to the portal at https://www.loansolutioncenter.com, without the hassle involved in mailing or faxing.

Create an account as soon as possible to start using the portal for quick access to the information you need.

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, as well as translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling.
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/morgagehelp

## Is there additional information I should know?

If you fail to submit all the required documentation, you may not qualify for a mortgage assistance program, in which case any foreclosure proceedings against the property will continue. This may include referral of the loan to active foreclosure status, if it was not previously referred.

Depending on the timing of when the required documentation is received, we cannot guarantee that there will be enough time to evaluate your assistance application to determine if you qualify for a mortgage assistance program. In addition, if time permits and your assistance application is able to be evaluated, we cannot guarantee that you will qualify for any available mortgage assistance programs. We also cannot guarantee the suspension of any foreclosure proceedings against the property.

This letter and the loan workout review process shall not waive any of our rights or your obligations under the note or mortgage. This means that you are still responsible to continue making your loan payments (unless you have been relieved of your obligations under the note, if discharged in a Bankruptcy Proceeding).

Loss mitigation options may have costs associated with them that you may be responsible for after completion of loss mitigation. Examples of these costs include title searches, appraisals and valuations. The costs may vary depending on the loan information, geographic area, etc. Please contact us for information on costs that may be associated with your loss mitigation evaluation.

If you have any other mortgage loans secured by the same property, you should consider contacting those servicers to discuss any available mortgage assistance programs.

We appreciate your prompt attention to this matter.

Thank you.

Required Legal Notice(s)

This communication is from a debt collector. Any information obtained can be used for the purpose of collecting a debt. However, if you are in an active bankruptcy case or your debt has been discharged in bankruptcy, this notice is for informational purposes only and is not a demand for payment or an attempt to collect a debt for which your personal liability has been discharged in bankruptcy.

EXHIBIT-G

0127179422 BE

bcu

1-836-GTQ46-0000061-001-5-2-0-000-000-000-000LM307B

10/07/2025

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 12:00 AM ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

NDRI M DIBY
15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

**Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to:**
**PO Box 77423, Ewing, NJ 08628**

RE: Loan Number: 0127179422
Property Address: 15711 FAIR HILL WAY
APPLE VALLEY, MN 55124

Dear Valued Member:

We are contacting you regarding your incomplete application for a mortgage assistance program. Unfortunately, the deadline to submit the outstanding information needed to complete your application has passed. Therefore, your mortgage assistance application has been closed.

We want to help you, but we need to hear from you in order to restart the mortgage assistance process.

To restart your application, please visit https://www.loansolutioncenter.com where you can upload required forms or documentation or you may also use one of the following methods:

Mail: Loss Mitigation Department
PO Box 77408
Ewing NJ, 08628-6408
Email: DCCLM@loanadministration.com
Phone: 888-789-1512
Fax: (609) 718-2655

**Note**: If you have not registered your account, visit the website address provided above and click the "Register here" link.

If your account is in an existing loss mitigation option, the terms of that option will remain in effect until you qualify for and accept a new offer, cancel that option, or fail to perform under the terms of the existing option. If you have any questions, please contact us at 888-789-1512.

## What steps do I need to take next?

You will need to submit payment of $67,490.06, which is the total amount due on the loan, as soon as possible.

In order to avoid a negative impact to your credit rating resulting from late payments and to avoid foreclosure, it is important that you continue to make your mortgage payment by its scheduled due date.

Please send your payment in the total amount due to:

Loss Mitigation Department
PO Box 77408
Ewing, NJ 08628-6408

## Who can I contact if I have questions or concerns?

If you have any questions or concerns about the contents of this letter, you can call us at 888-789-1512 during the business hours listed above.

## Is there additional information I should know?

Loss mitigation options may have costs associated with them that you may be responsible for after completion of loss mitigation. Examples of these costs include title searches, appraisals and valuations. The costs may vary depending on the loan information, geographic area, etc. Please contact us for information on costs that may be associated with your loss mitigation evaluation.

We appreciate your prompt attention to this matter.

Thank you.

Required Legal Notice(s)

This communication is from a debt collector. Any information obtained can be used for the purpose of collecting a debt. However, if you are in an active bankruptcy case or your debt has been discharged in bankruptcy, this notice is for informational purposes only and is not a demand for payment or an attempt to collect a debt for which your personal liability has been discharged in bankruptcy.

1-836-GTQ46-0000061-001-5-3-1-000-000-000-000LM307B