RECEIVED
JAN 2 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ndri Martial Diby, Plaintiff,

vs.

Baxter Credit Union (BCU) and FHLB of Chicago MPF, Defendants.

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 25-cv-3257-DLM

I hereby certify that on January 22, 2026, I served by U.S. mail, (1) Plaintiff's amended and supplemental complaint to the following parties:

*Baxter Credit Union (BCU) Lawyer – Tracy J. Halliday – 034610X*

**LOGS Legal Group LLP** - *1715 Yankee Doodle Road, Suite 210. Eagan, MN 55121.*

*and*

**FHLB of Chicago** - *433 West Van Buren Street, Suite 501S, Chicago, IL 60607*

Date: January 22, 2026

[signature]
Server's Signature

Carlee Diby
Server's name

15711 Fair Hill Way, Apple valley, MN 55124
Server's address

LT SCANNED
JAN 2 3 2026
U.S. DISTRICT COURT MPLS